87 A.3d 813

Richard E. BRITTAIN, Appellant

v.

COMMONWEALTH of Pennsylvania, GOVERNOR'S
OFFICE OF ADMINISTRATION, Appellee.

No. 105 MAP 2012.

Supreme Court of Pennsylvania.

March 26, 2014.

## ORDER

PER CURIAM.

AND NOW, this 26th day of March, 2014, the order of the Commonwealth Court is AFFIRMED.

87 A.3d 813

Robert A. CROSBY, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS,
Pennsylvania Board of Probation and Parole,
Appellees.

Supreme Court of Pennsylvania.

March 26, 2014.

## · ORDER

PER CURIAM.

AND NOW, this 26th day of March, 2014, the Order of the Commonwealth Court is AFFIRMED.